JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KENYON D. BROWN, | ) | Case No. 2:21-cv-09656-RGK (JDE) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PSYCHIATRIST MENTAL HEALTH AT WEST VALLEY DETENTION CENTER, | ) | |
| Defendant. | ) | |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 27, 2022

_____
R. GARY KLAUSNER
United States District Judge